IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SCARLETT RICCI ) | |
| ) | Case No. 4:04CV00095 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |
| ) | |

The Plaintiff's *Motion for Attorney's Fees* filed on October 2, 2006 by Scarlett Ricci ("Plaintiff") for an award of attorney's fees under the provisions of 42 U.S.C. § 406(b) is now before this Court.

In a *Response* entered on November 2, 2006, the Defendant noted no objection to the award of attorney's fees to the Plaintiff. Magistrate Judge B. Waugh Crigler filed a *Report and Recommendation* November 8, 2006 recommending that this Court grant the Plaintiff's *Motion for Attorney's Fees,* and direct that such fees of $3,614.75 be paid according to law.

Accordingly, the *Report and Recommendation* of the Magistrate Judge is hereby **adopted**, the *Plaintiff's Motion for Attorney's Fees* of is hereby **granted**, and it is hereby **directed** that fees of $3,614.75 be paid to the Plaintiff according to law.

The Clerk is directed to send a certified copy of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 9th day of November, 2006.

                                                        s/Jackson L. Kiser
                                                        Senior United States District Judge